IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ADRIAN LEMONT MCFADDEN, )
)
      Plaintiff, pro se, )
) **O-R-D-E-R**
      v. )
) 1:06CV483
LINDA G. DAVIS, et al., )
)
      Defendants. )

On June 19, 2008, in accordance with 28 U.S.C. § 636(b), the Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in this action and a copy was given to the court.

Within the time limitation set forth in the statute, Plaintiff objected to the Recommendation.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's recommendation.

**IT IS THEREFORE ORDERED** that Defendant C. Y. Singletary's motion to dismiss (Docket No. 55) be **GRANTED** and that Plaintiff's action be dismissed with

prejudice. A judgment dismissing this action will be entered contemporaneously with this Order.

                                                       _____
                                                       United States District Court Judge

September 3, 2008